UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEM YENOVKIAN,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE AND CO,<br><br>    Defendant. | Case No. 2:23-cv-10762-SB-PVC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, Plaintiff Vem Yenovkian's claims against Defendant are dismissed on the merits with prejudice.

This is a final judgment.

Date: March 28, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge